June 13th 2013

Dear Sir or Madam,

    I am encountering problems that stem from a person that has pled guilty in front of Hon.Mr. Arcara. The web site denotes that he does not receive letters. I would like to invite someone in the clerks office to read the letter enclosed and advise the proper channeling that I may proceed with. You will find my phone number at the end of the enclosed letter. Please feel free to contact me upon receipt of this letter.
    I would like to thank you in advance for you assistance.
    Sincerely,

Ann Renckens

June 13th 2013

Mr Arcara,

I am writing with the hope that you would be able to help me with a horrifying ordeal. My problem stems from John Berry Jr. who plead guilty in front of you on May 21th 2013. He plead guilty to filing false tax returns on 122 deceased persons.

My contact regarding this matter is two fold. First I would like you to know that although Mr. Berry latest chargeable crimes stem from 2008 -2009 in no way is he an upstanding citizen. Secondly I am hoping that you may be able to help lead me to the correct legal outlets to help me find justice.

In 2011, I applied for a quality assistant position at Dunkirk Specialty Steel. I did not receive that position however I received a position there as an inside sales representative. John Berry received the position as the quality assistant. I have been subtubly harassed for the two years of my employment at the company. In keeping a long story short. John had access to my application and personal information. In late April/ early May I had reported him to the human resource department. On May 7th the human resource department spoke to John. It so happens that on May 7th a nasty internet string appeared on a website called Topix. The string included slanderous comments including past places of employment, the University that I had attended as well as personal names of people that worked at Dunkirk Specialty Steel. I have had it removed from the topic's site however it now appears when my name is goggled. Dunkirk Specialty Steel has done very little to help. Being a victim I do not want to unjustly accuse people in my office for harassment. (I have solid feeling of two other men in my office that are involved however I need proof to step forward)

Dunkirk Specialty Steel had never done a background check and I have now found out that John had been arrested in Florida for grand theft well as credit card fraud. I had also asked the company to investigate the probability that John was falsifying company documents (one of which I believe that I have proof). Dunkirk Specialty Steel has released John from his position however the on line attacks against my name are continuing.

I have been in contact with Christine Shanley whom investigated John from an IRS standpoint. This contact I believe the first week of June. I have called twice without being able to reach her as I have a very limited window of time with the hours that I work. I am currently looking for a job and the slander that has come from John and others is not helping my cause. If you are able to advise of any help or other outlets that you can recommend it would be greatly appreciated.

I thank you for your time and consideration in this matter.

Sincerely,

*[signature]*

Ann Renckens

Contact Information

Ann Renckens

Cell (716) 679-8944 please feel free to call at anytime. The best time that I would have time to talk freely is 1:00pm -2:00pm as that is my lunch hour.

Once again your time is greatly appreciated!